### GONZALES v. STATE. (No. 11302.)

Court of Criminal Appeals of Texas. Oct. 12, 1927.

Criminal law ⟲1076(4)—Failure of trial judge to approve appeal bond approved by sheriff held to require dismissal of appeal from conviction for murder (Code Cr. Proc. 1925, art. 818).

Under Code Cr. Proc. 1925, art. 818, requiring appeal bond to be approved by sheriff and court trying case or his successor in office, where, on appeal from conviction for murder, appeal bond was approved by sheriff but not by trial judge, appeal must be dismissed.

Commissioners' Decision.

Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge.

Josie Gonzales was convicted of murder, and she appeals. Appeal dismissed.

W. L. Crawford and J. L. Toone, both of Dallas, for appellant.
Sam D. Stinson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is murder; the punishment confinement in the penitentiary for 10 years.

After the adjournment of court, appellant filed an appeal bond, which was approved by the sheriff. The record does not disclose that the appeal bond was approved by the court trying the case. Article 818, C. C. P., requires that the appeal bond be approved by the sheriff and the court trying the case, or his successor in office. In the absence of a recognizance or appeal bond approved as the law requires, this court is without jurisdiction to pass on the merits of the case. Jones v. State, 99 Tex. Cr. R. 50, 267 S. W. 985.

The appeal is dismissed.

⟲For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.